# Exhibit B

| Elements | Roberson | Joaquin | Perez | Nguyen |
|---|---|---|---|---|
| Identity of claimant | PLAINTIFFS:<br>Julie ROBERSON,<br>Brandon Roberson<br><br>DEFENDANTS:<br>DIRECTV,<br>LONSTEIN LAW OFFICE,<br>GARY YOUNG | PLAINTIFFS:<br>ANGELA JOAQUIN<br><br><br>DEFENDANTS:<br>DIRECTV<br>VERIZON,<br>LONSTEIN LAW OFFICE,<br>SIGNAL AUDITING<br>JULIE LONSTEIN,<br>WAYNE LONSTEIN | PLAINTIFFS:<br>DONEYDA PEREZ,<br>DANNY NISSEN, MARLYS NISSEN, JOSEPH ANGELO,<br>GREGORY LAPLANTE,<br>PAUL HOLT<br><br>DEFENDANTS:<br>DIRECTV,<br>LONSTEIN LAW OFFICE,<br>SIGNAL AUDITING,<br>JULIE LONSTEIN,<br>WAYNE LONSTEIN | PLAINTIFF:<br>THU HONE THI NYGUYEN d/b/a US Nails<br><br>DEFENDANTS:<br>DIRECTV<br><br>THIRD PARTY DEFENDANTS:<br><br>LONSTEIN LAW OFFICE,<br>SIGNAL AUDITING,<br>JULIE LONSTEIN |
| Theory for Relief | Deceptive Trade Practices Unlawful §17.46b<br>Breach of Warrant §17.50<br><br>Common Law Fraud<br><br>Conspiracy<br><br>Racketeer Influenced and Corrupt Organizations (RICO) – 18 U.S.C. §1962(c)<br><br>Mental Anguish | Deceptive Business Practices, N.J.S.A. 2C:21-7(h)<br>Attempted Extortion, N.J.S.A. 2C:20-4(a)<br><br>Mail Fraud, 18 U.S.C. § 1341<br><br>Attempted Extortion under the Hobbs Act, 18 U.S.C. § 1951(a) | 18 USC §1962(c)<br><br>Mail Fraud 18 U.S.C. §1341<br><br>Wire Fraud 18 U.S.C §1343 | *GFBPA*<br><br>*O.C.G.A §10-1-390*<br><br>*RICO, 18 U.S.C. §1961* |
| Timing/Location | 2013<br><br>Texas | 2015<br><br>New Jersey | 2012 through 2017<br><br>California | *2016*<br><br>*Tennessee* |