# MAYER | BROWN

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  6/15/2021 |

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

June 14, 2021

BY ECF

**GRANTED. SO ORDERED.**

Date:  6/15/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007-1312

Re:   Lonstein Law Office P.C. et al. v. Evanston Ins.
       Co. et al., No. 20-cv-9712-MKV

Dear Judge Vyskocil:

I write on behalf of my client, Defendant AT&T Services, Inc. (AT&T) to request an extension of time for the parties to file their briefing in connection with AT&T's motion to compel arbitration.  In its June 8, 2021 Scheduling Order, the Court set due dates as follows:

- Motion to Compel Arbitration due June 18, 2021
- Opposition due June 30, 2021
- Reply due July 7, 2021

*See* ECF #40.  The extension is requested because of preexisting briefing and hearing obligations in other matters and the need for sufficient opportunity for the client to review the briefs.  After conferring with Plaintiffs' counsel (who also request additional time to file their opposition), the parties agreed to request that the Court adopt the following schedule that also takes into account the July 4 holiday, during which lawyers for both sides have planned to be on vacation:

- Motion to Compel Arbitration due **July 6, 2021**
- Opposition due **July 28, 2021**
- Reply due **August 10, 2021**

The parties have not previously requested any extension with respect to this motion.  This extension will not affect any other scheduled dates.  For the foregoing reasons, AT&T respectfully requests that the Court adopt the modified briefing schedule.  Thank you for your consideration of this request.

Sincerely,

/s Archis A. Parasharami

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).