UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONSTEIN LAW OFFICE, P.C., JULIE LONSTEIN, and WAYNE D. LONSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, MARKEL SERVICE, INCORPORATED and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-09712-MKV<br><br>Hon. Mary Kay Vyskocil |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendants Evanston Insurance Company ("EIC") and Markel Service, Incorporated ("MSI") respectfully move before the Honorable Mary Kay Vyskocil United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time designated by the Court, for an Order dismissing Plaintiffs' Second Amended Complaint, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE THAT** in support of EIC and MSI's Motion to Dismiss, EIC and MSI rely upon: (1) their Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6); (2) the Declaration of Evan Shapiro with supporting Exhibits; and (3) all prior pleadings and proceedings herein.

//

//

//

//

Dated: June 25, 2021            SKARZYNSKI MARICK & BLACK LLP

By: /s/ *Evan Shapiro*
Evan Shapiro, Esq.
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Tel: (212) 820-7700
eshapiro@skarzynski.com

*Attorneys for Defendants Evanston Insurance Company and Markel Service, Incorporated*