UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
LONSTEIN LAW OFFICE, P.C., JULIE LONSTEIN, :
WAYNE D. LONSTEIN, :
 :
                      Plaintiffs, :      20-cv-9712 (LJL)
 :
       -v- :      ORDER
 :
EVANSTON INSURANCE COMPANY, MARKEL :
SERVICE INCORPORATED, AT&T SERVICES, INC., :
 :
                    Defendants. :
 :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022

LEWIS J. LIMAN, United States District Judge:

    The Court has before it a motion to seal certain portions of the Retainer Agreement and the Wind-Down Agreement. The request to seal is overbroad and does not satisfy the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *Cf. E.E.O.C. v. Kelley Drye & Warren LLP*, 2012 WL 691545, at *2–4 (S.D.N.Y. Mar. 2, 2012) (holding that defendant did not show that partnership agreement and retainer agreements were subject to wholesale sealing in the absence of a narrowly tailored request for sealing). The only exceptions are the content under the headings "Contingency Fee" and "Costs of Investigation" in the Retainer Agreement and the following in the Wind-Down Agreement: (1) the second whereas clause; (2) the amount of consideration; and (3) the bank-account information appearing on page three of the Wind-Down Agreement. AT&T is directed to file the Retainer Agreement and the Wind-Down Agreement on the public docket containing only those limited redactions.

    The Clerk of Court is respectfully directed to close Dkt. No. 54.

    SO ORDERED.

Dated: February 2, 2022
       New York, New York

                                                     LEWIS J. LIMAN
                                                  United States District Judge