UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
**LONSTEIN LAW OFFICE, P.C., JULIE** :
**LONSTEIN, and WAYNE D. LONSTEIN,** : Civil Action No: 1:20-cv-09712-MKV
 :
 :
 **Plaintiffs,** :
 :
 : **NOTICE OF MOTION**
 :
 -against- :
 :
**EVANSTON INSURANCE COMPANY** :
**MARKEL SERVICE, INCORPORATED and,** :
**AT&T SERVICES, INC** :
 **Defendants.** :
---------------------------------------------------------------X

  PLEASE TAKE NOTICE that Plaintiffs Lonstein Law Office, P.C., Julie Lonstein, and Wayne D. Lonstein respectfully moves this court, before the Honorable Lewis J. Liman, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order dismissing Plaintiffs' Third Amended Complaint as against Evanston Insurance Company only with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

**Dated: New York, New York**
   May 11, 2022

               **NESENOFF & MILTENBERG, LLP**
               *Attorneys for Plaintiffs*

            **By:** */s/ Andrew T. Miltenberg*
               Andrew T. Miltenberg, Esq.
               Amy J. Zamir, Esq. (of counsel)
               363 Seventh Avenue, 5th Floor
               New York, New York 10001
               Telephone: (212) 736-4500
               amiltenberg@nmllplaw.com
               azamir@nmllplaw.com